Robert R. Warns III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: rwarns@rsnvlaw.com

Attorneys for Plaintiff Marilyn Frey

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN FREY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAS MART LLC d/b/a AMERICAS MART, a Nevada limited-liability company; WILLDEN & WILLDEN, INC., a Nevada corporation; NICHOLAS WILLDEN, an individual; SHORT LINE GAMING, L.L.C., a Nevada limited-liability company; TROPICAL POINT, LLC, a Nevada limited-liability company; PINES INTERNATIONAL, INC., a Nevada corporation; DITRONICS FINANCIAL SERVICES, LLC, a Nevada limited-liability company; MI FAMILIA, LLC, a Nevada limited-liability company; WILLDEN & WILLDEN, INC., d/b/a AMERICA'S MART, a Nevada corporation; PINES INTERNATIONAL, INC., d/b/a AMERICA'S MART, a Nevada corporation; JESUS MUNIZ-ORTIZ, an individual; AMERICAN STATE BANK; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Civil Action No. 2:11-cv-01872-PMP-PAL<br><br>**STIPULATION OF DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

Plaintiff Marilyn Frey, and Defendant Short Line Gaming, L.L.C. ("Short Line"), by and through their undersigned counsel, hereby stipulate to dismiss this action in its entirety pursuant to

1

Fed. R. Civ. P. 41(a)(1)(A)(ii), without prejudice, and without attorney's fees or costs to any party, as follows:

1.  This Stipulation of Dismissal is intended to be self-executing and effective upon filing.

2.  The undersigned, through their respective counsel, hereby stipulate to dismiss this action, in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without prejudice, and without attorney's fees or costs to any party.

3.  No other parties have appeared in this matter and, accordingly, dismissal of this matter is appropriate.

SO STIPULATED this 13th day of June, 2013.

| REISMAN·SOROKAC | GORDON & SILVER, LTD |
|---|---|
| /s/ Robert R. Warns III, Esq. | /s/ Elias P. George, Esq. (with permission) |
| ROBERT R. WARNS III, ESQ. | ERIC R. OLSEN, ESQ. |
| Nevada Bar No. 12123 | Nevada Bar No. 3127 |
| 8965 S. Eastern Ave, Suite 382 | ELIAS P. GEORGE, ESQ. |
| Las Vegas, Nevada 89123 | Nevada Bar No. 12379 |
|  | 3690 Howard Hughes Parkway, 9th Floor |
| Attorneys for Plaintiff | Las Vegas, Nevada 89109 |
| Marilyn Frey |  |
|  | Attorneys for Defendant |
|  | Short Line Gaming, L.L.C. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 13, 2013.

2